IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                       CRIMINAL NO. 15-CR-30059-DRH

CORNELIUS EILAND,

        Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On April 23, 2015, this court entered an order for forfeiture against defendant Cornelius Eiland for the following property which had been seized from the defendant:

**One .380 caliber Bryco Arms with a scratched off serial number, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 24, 2016, and ending April 22, 2016, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture

filed on April 23, 2015, namely:

> **One .380 caliber Bryco Arms with a scratched off serial number, and any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Federal Bureau of Investigation shall dispose of the property according to law.

**DATE: June 16, 2016**

Digitally signed by Judge David R. Herndon
Date: 2016.06.16 12:54:38 -05'00'

**United States District Court Judge**